IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0182

FILED

03/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0182

_____

MONTANANS SECURING REPRODUCTIVE
RIGHTS and SAMUEL DICKMAN, M.D.,


     Petitioners,

  v.

AUSTIN MILES KNUDSEN, in his official
capacity as MONTANA ATTORNEY GENERAL;
and CHRISTI JACOBSEN, in her official Capacity
as MONTANA SECRETARY OF STATE,

     Respondents.

O R D E R

_____

Petitioners Montanans Securing Reproductive Rights and Samuel Dickman, M.D. (MSRR), seek declaratory judgment on original jurisdiction under M. R. App. P. 14(4). Petitioners argue they are entitled to declaratory judgment that declares: (1) the Attorney General's proposed ballot statement for Constitutional Issue 14 (CI-14) is argumentative, prejudicial, and inaccurate under § 13-27-212(1), MCA; and (2) MSRR's proposed ballot statement is clear and impartial and the Attorney General should have approved it under § 13-27-226(3)(c), MCA. MSRR further asks the Court to directly certify its ballot statement to the Montana Secretary of State immediately upon this Court's decision on this matter. MSRR further requests expedited review of this matter so that it may commence signature gathering as soon as possible.

Having reviewed the Petition, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that Respondents are granted until the close of business on Friday, March 29, 2024, to prepare, file, and serve a response(s) to the petition for declaratory judgment on original jurisdiction.

The Clerk is directed to provide notice of this Order to counsel for all parties.

Electronically signed by:
Ingrid Gustafson
Justice, Montana Supreme Court
March 26 2024